**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SELWYN BROWN,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:20-cv-00167** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **WARDEN SCI HUNTINGDON, et al.,** | : | |
| **Respondents** | : | |

**ORDER**

**AND NOW**, on this 21st day of April 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania